# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COLLEEN DREW, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>SHOE SHOW, INC., d/b/a SHOE SHOW and d/b/a SHOE DEPT. and d/b/a BURLINGTON SHOES,<br><br>      Defendant. | Case No. 10-cv-656-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Shoe Show, Inc.'s response (Doc. 50) to the Court's May 9, 2011, order to show cause (Doc. 49) why its sealed response to plaintiff Colleen Drew's motion for conditional collective action certification (Doc. 48) should not be unsealed. In its response, Shoe Show indicates it wishes to withdraw the sealed status of its response and its exhibits. Accordingly, the Court **DIRECTS** the Clerk of Court to **UNSEAL** Shoe Show's response to Drew's motion for conditional collective action certification (Doc. 48), including the exhibits attached thereto.

**IT IS SO ORDERED.**
**DATED: May 18, 2011**

                                                  s/J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**