IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COLLEEN DREW, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SHOE SHOW, INC., d/b/a SHOE SHOW and d/b/a SHOE DEPT. and d/b/a BURLINGTON SHOES,<br><br>    Defendant. | Case No. 3:10-cv-656-JPG-PMF |

# JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                           **NANCY J. ROSENSTENGEL, Clerk of Court**

**Dated:  April 4, 2012**                      **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**